## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: ANNE Y. SHIELDS U.S.M.J.**

**DATE:** 6/10/2022

**DOCKET NUMBER:** CR-21-452-JS-SIL     **TITLE:** USA V. Leonardi, et al

**DEFT NAME:** Robert Leonardi (sworn)   **DEFT:** #2
 **X** PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   **X** ON BAIL

**ATTY FOR DEFT:** Declan Murray for Dawn Florio
 **X** RETAINED   ___ C.J.A.
 **X** PRESENT   ___ NOT PRESENT        ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Oren Gleich for Andrew Wenzel

**COURTROOM DEPUTY:** JT                **FTR:** 1:22-1:40

 **X**   CASE CALLED.

 **X**   COUNSEL FOR ALL SIDES PRESENT.

 ___   WAIVER OF INDICTMENT EXECUTED.

 **X**   DEFENDANT STATES HIS TRUE NAME TO BE ROBERT LEONARDI

 **X**   DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT 1 (ONE) OF THE INDICTMENT.

 **X**   COURT FINDS A FACTUAL BASIS FOR THE PLEA AND RECOMMENDS THE PLEA OF GUILTY BE ACCEPTED BY THE DISTRICT COURT.

 **X**   SENTENCE DATE 11/8/2022 AT 3:00 PM BEFORE JUDGE SEYBERT

 ___   PROBATION NOTIFICATION FORM completed by parties and given to defendant's attorney with instructions to return to Probation Department following proceeding.

 **X**   PROBATION NOTIFICATION FORM completed and sent via electronic notification to the Probation Department following proceeding.

 **X**   DEFENDANT REMAINS ON BOND.

 **X**   OTHER: Referral order received from Judge Seybert. Transcript to be ordered for Judge Seybert.