Order Accepting Guilty Plea (rev. 5/22)            Page 1

# UNITED STATES DISTRICT COURT
### Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 18 2022 ★

LONG ISLAND OFFICE

United States of America

- v -

Robert Leonardi
*Defendant*

Case No.: 21-cr-0452-002-JS-SIL

## ORDER ACCEPTING GUILTY PLEA

The above-named defendant pleaded **GUILTY** before United States Magistrate Judge Anne Y. Shields on 6/10/2022. Upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

Having reviewed the plea minutes, the Court finds the following: (1) that the defendant's guilty plea was entered voluntarily and intelligently, (2) that the defendant fully understands the rights being waived and the consequences of the plea, and (3) that there is a factual basis for the plea.

Therefore, it is hereby ORDERED that the defendant's guilty plea is ACCEPTED.

**SO ORDERED:**

*Joanna Seybert, Senior U.S. District Judge*

Dated: 7/18/2022
Central Islip, N.Y.